UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CARROLL W. SKINNER** | ) |
| | ) |
| v. | ) Civil Action No. 3:09-0395 |
| | ) Judge Wiseman/Knowles |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security** | ) |

**O R D E R**

At the direction of Senior Judge Wiseman, this Social Security case is hereby returned to his docket for all further proceedings.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge